UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-CR-60168 Damian/Strauss

18 U.S.C. § 2422(b)
18 U.S.C. § 2252(a)(2) and (b)(1)
18 U.S.C. § 2428
18 U.S.C. § 2253

UNITED STATES OF AMERICA

vs.

DANIEL LOZANO,

Defendant.
_____/

FILED BY R.P.B. D.C.

JUN 25 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

## INFORMATION

The United States Attorney charges that:

## COUNT 1
### Coercion and Enticement of a Minor to Engage in Criminal Sexual Activity
### (18 U.S.C. § 2422(b))

Beginning in or around April 2022, continuing through on or about May 20, 2026, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

## DANIEL LOZANO,

using any facility and means of interstate and foreign commerce, including by computer, did knowingly attempt to persuade, induce, entice, and coerce an individual who had not attained the age of eighteen (18) years, to engage in any sexual activity for which a person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(b).

## COUNT 2
### Distribution of Visual Depictions Involving the Sexual Exploitation of Minors
### (18 U.S.C. § 2252(a)(2) and (b)(1))

From on or about June 4, 2024, and continuing through on or about December 19, 2025, in

Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**DANIEL LOZANO,**

did knowingly distribute any visual depiction, using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce, by any means, including by computer, and the production of such visual depiction having involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Section 2252(a)(2) and (b)(1).

**FORFEITURE ALLEGATIONS**

1.     The allegations of this Information are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **DANIEL LOZANO,** has an interest.

2.     Upon conviction of a violation of Title 18, United States Code, Section 2422, as alleged in this Information, the defendant shall forfeit to the United States, (1) any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation; and (2) any property, real or personal, constituting or derived from any proceeds that such person obtained, directly or indirectly, as a result of such violation, pursuant to 18 U.S.C. § 2428(a).

3.     Upon conviction of a violation of Title 18, United States Code, Section 2252, as alleged in this Information, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a):

   a. Any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, 2252B, or 2260, or any book, magazine, periodical, film,

2

videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Chapter 110;

b. Any property, real or personal, constituting, or traceable to gross profits or other proceeds obtained from such offense; and

c. Any property, real or personal, used, or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

All pursuant to Title 18, United States Code, Sections 2428, and 2253(a), and the procedures set forth in Title 21, United States Code, Section 853, as made applicable by Title 18, United States Code, Section 2253(b).

FOR _____ BRUCE O. BROWN
JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

_____
COREY R. O'NEAL
ASSISTANT UNITED STATES ATTORNEY

3

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**

CASE NO. _26-CR-60168 Damian/Strauss_

v.

**CERTIFICATE OF TRIAL ATTORNEY**

DANIEL LOZANO,

_____ /
                    Defendant.

**Court Division** (select one)

☐ Miami   ☐ Key West   ☐ FTP
☒ FTL     ☐ WPB

**Superseding Case Information:**

New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total Number of New Counts _____

I do hereby certify that:

1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.

3. Interpreter: (Yes or No) __No__
   List language and/or dialect: _____

4. This case will take __0__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   **(Check only one)**

   I    ☒ 0 to 5 days
   II   ☐ 6 to 10 days
   III  ☐ 11 to 20 days
   IV   ☐ 21 to 60 days
   V    ☐ 61 days and over

   **(Check only one)**

   ☐ Petty
   ☐ Minor
   ☐ Misdemeanor
   ☒ Felony

6. Has this case been previously filed in this District Court? (Yes or No) __No__
   If yes, Judge _____ Case No. _____

7. Has a complaint been filed in this matter? (Yes or No) __Yes__
   If yes, Judge Panayotta Augustin-Birch  Magistrate Case No. 26-mj-6283-PAB

8. Does this case relate to a previously filed matter in this District Court? (Yes or No) __No__
   If yes, Judge _____ Case No. _____

9. Defendant(s) in federal custody as of May 21, 2026

10. Defendant(s) in state custody as of _____

11. Rule 20 from the _____ District of _____

12. Is this a potential death penalty case? (Yes or No) __No__

13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) __No__

14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? __No__

15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? __No__

16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? __No__

17. Did this matter involve the participation of or consultation with Magistrate Judge Yeney Hernandez during her tenure at the U.S. Attorney's Office, which concluded on April 2, 2026? __No__

By: _____
COREY R. O'NEAL
Assistant United States Attorney
SDFL Court ID No.   A5503031

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: DANIEL LOZANO

**Case No**: 26-CR-60168 Damian/Strauss

Count: 1

Coercion and Enticement of a Minor to Engage in Criminal Sexual Activity

Title 18, United States Code, Section 2422(b)
* **Max. Term of Imprisonment: Life**
* **Mandatory Min. Term of Imprisonment (if applicable): 10 years**
* **Max. Supervised Release: Life**
* **Mandatory Min. Supervised Release: 5 years**
* **Max. Fine: $250,000.00**

Count: 2

Distribution of Visual Depictions Involving the Sexual Exploitation of Minors

Title 18, United States Code, Section 2252(a)(2) and (b)(1)
* **Max. Term of Imprisonment: 20 years**
* **Mandatory Min. Term of Imprisonment (if applicable): 5 years**
* **Max. Supervised Release: Life**
* **Mandatory Min. Supervised Release: 5 years**
* **Max. Fine: $250,000.00**

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

United States of America )
          v. )
           ) Case No. 26-CR-60168 Damian/
Daniel Lozano, ) Strauss
      *Defendant* )

## WAIVER OF AN INDICTMENT

    I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year.  I was advised in open court of my rights and the nature of the proposed charges against me.

    After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

                               _____
                                        *Defendant's signature*

                               _____
                             *Signature of defendant's attorney*

                               _____
                           *Printed name of defendant's attorney*

                               _____
                                      *Judge's signature*

                               _____
                           *Judge's printed name and title*