AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida  ☑

United States of America ) 
v. )   Case No.  26-cr-60168-Damian/Strauss
Daniel Lozano )
)
*Defendant* )

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date:   06/26/2026

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Robert David Malove
*Printed name of defendant's attorney*

_____
*Judge's signature*

Panayotta Augustin-Birch, U.S. Magistrate Judge
*Judge's printed name and title*