# COURT MINUTES/ORDER

## United States Magistrate Judge Panayotta Augustin-Birch

**Courtroom 203D**                                         Date: 6/26/2026    Time: 11:00 a.m.

Defendant: Daniel Lozano (J)          J#:  64967-512     Case #: 26-cr-60168-Damian

AUSA:  Corey O'Neal                              Attorney:  David Robert Malove, Esq.

Violation:  Coercion and Enticement of a Minor To Engage In Criminal Sexual Activity; Distribution of Visual Depictions Involving the Sexual Exploitation of Minors

Proceeding: Arraignment                          CJA Appt:

Bond/PTD Held: ☐ Yes  ☐ No          Recommended Bond:

Bond Set at: Pretrial Detention                  Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs

☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial Services _____ Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to:

☐ Other:

Language:  English

**Disposition:**

Defendant present

**Defendant sworn and waived Indictment.** Waiver signed. **Defendant arraigned:** Reading of Indictment Waived, Not guilty plea entered, Jury trial demanded, Standing Discovery Order requested. **Court grants Defense Ore Tenus Motion for Standing Discovery Order.**

**NEXT COURT APPEARANCE**   Date:        Time:         Judge:              Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal:

Status Conference RE:

D.A.R.  11:04:13                                           Time in Court:  10 minutes

**CHECK IF APPLICABLE:** __For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including _____, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, l8 USC 3161 et seq..