**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  26-CR-60168-DAMIAN**

**UNITED STATES OF AMERICA**,

vs.

**DANIEL LOZANO,**

     Defendant.

_____/

## ORDER SETTING TRIAL DATE

THE ABOVE CAUSE is hereby set for **Criminal Jury Trial** during the two-week period commencing **August 10, 2026,** or as soon thereafter as the case may be called.  A **Calendar Call** will be held at **1:30 p.m. on August 5, 2026,** at the same location. Unless instructed otherwise by subsequent order, the trial and all other proceedings in this case shall be conducted in Courtroom 205C at the U.S. Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.[1]

All pre-trial motions and motions *in limine* must be filed by **July 20, 2026**.  Each party is limited to filing one motion *in limine*; if there is more than one Defendant, Defendants shall file a combined motion.  Motions *in limine* may exceed the page limits allowed by the Rules.

**The deadline for the tendering of a guilty plea is July 27, 2026.**  *See* United States Sentencing Commission Guidelines Manual, §3El.1 application notes l(h) and 6 ("[to] qualify under subsection (b)(2) the defendant must have notified authorities of his intention to enter a plea of guilty at

---

[1] **If the Parties prefer, they may file a joint motion requesting that the trial and all other proceedings be held in Miami, Florida. Absent agreement of all parties, the proceedings will remain in Fort Lauderdale**.

a sufficiently early point in the process so that the government may avoid preparing for trial and the court may schedule its calendar efficiently."); *see also, e.g., United States v. Gamboa,* 166 F.3d 1327, 1331 (11th Cir. 1999) (citing *United States v. Ellis,* 547 F.2d 863, 868 (5th Cir. 1977)).

It is further **ORDERED** as follows:

1. All requests for Writs *Ad Testificandum* must be filed not later than 14 business days prior to the first day of the scheduled trial period.

2. All responses pursuant to the Standing Discovery Order and/or Local Rule 88.10 shall be provided in a timely fashion in accordance with the dates scheduled by the magistrate judge. Noncompliance may result in sanctions. Any notice submitted pursuant to Federal Rule of Evidence 404(b) shall include a specific factual basis for the evidence sought to be introduced.

3. **All motions filed shall be accompanied by a written statement certifying that counsel for the moving party has conferred with opposing counsel in a good faith effort to resolve by agreement the subject matter of the motion, where required by Local Rule 88.9.**

4. Counsel shall be prepared to conduct limited *voir dire* following the Court's questioning of the panel. Prior to Calendar Call, counsel shall also file proposed *voir dire* questions. Proposed jury instructions, in typed form, including substantive charges and defenses, shall be submitted to the Court prior to Calendar Call, in Word format, *via* e-mail to damian@flsd.uscourts.gov. Instructions for filing proposed documents may be viewed at http://www.flsd.uscourts.gov.

5. Prior to **Calendar Call**, all counsel shall file lists of proposed witnesses and/or exhibits to be presented at trial. All exhibits to be offered into evidence must be pre-labeled in accordance with the proposed exhibit list. (Government exhibits are to be designated numerically; defense exhibits, alphabetically).

2

6.     If any party seeks to introduce transcript(s) at the trial, such shall be exchanged with all counsel before the scheduled day of trial.  If a transcript cannot be agreed upon, each party shall be prepared to produce its own version for the trier of fact.

7.     All anticipated *Jencks* Act[1] material shall be turned over to defense counsel not later than the morning of the first day of trial.  The material shall include a face sheet for defense counsel to sign and date, acknowledging receipt.

8.     Upon receipt of this Order, defense counsel shall certify with the Court's courtroom deputy the necessity of an interpreter for the defendant.  The parties are further instructed to notify the Court, at least 24 hours prior to any hearings or trial, if an interpreter is required.

9.     Arrangements for appropriate clothing for defendants in custody must be made with the Bureau of Prisons at least **seven (7) days** prior to the scheduled trial date.

10.     **The parties shall comply with Local Rule 88.5, requiring the filing of speedy trial reports every 20 days hereafter until the time of trial or plea.**

11.     Local Rule 7.1(a)(2) requires that certain motions be accompanied by proposed orders; such proposed orders must be filed as attachments to the motions. **FURTHERMORE, PURSUANT TO THE CM/ECF ADMINISTRATIVE PROCEDURES, PROPOSED ORDERS SHALL BE SUBMITTED TO THE COURT BY E-MAIL IN WORD FORMAT AT** damian@flsd.uscourts.gov.

    **DONE AND ORDERED** in Chambers in the Southern District of Florida this 27th day of June, 2026.

                                        **MELISSA DAMIAN**
                                        **UNITED STATES DISTRICT JUDGE**

---

[2] 18 U.S.C. § 3500