**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 26-CR-60168-DAMIAN**

**UNITED STATES OF AMERICA**

**v.**

**DANIEL LOZANO,**

      **Defendant.**

_____/

## PROTECTIVE ORDER

The Government has filed a motion for a protective order (ECF No. 22) ("Motion"). In the Motion, the Government asks the Court to regulate the disclosure to defense counsel of sensitive information. *Id*. Having found good cause, the Court hereby **ORDERS** and **ADJUDGES** as follows:

(1) The Motion (ECF No. 22) is **GRANTED**.

(2) The Government shall disclose to the Defendant sensitive information in its possession as it deems necessary to comply with its discovery obligations.

(3) The Government shall mark the portion of the discovery that includes sensitive information as "Confidential."

(4) Defense counsel shall hold the Confidential portion of discovery in strict confidence. Defense counsel shall restrict access to this discovery and shall disclose this discovery to the Defendant, to office staff, to investigators, and to anticipated fact or expert witnesses only to the extent that defense counsel believes is necessary to assist in the defense of this case and in a manner that will prohibit the disclosure of this discovery to others not involved in the defense.

(5) Defense counsel shall advise any person to whom the Confidential portion of the

discovery is disclosed that such information shall be held in strict confidence and that further disclosure or dissemination without defense counsel's express written consent is prohibited.

(6) Defense counsel shall not permit the defendant to maintain discovery materials at the Federal Detention Center or other jail facility without defense counsel present in order to prevent the purposeful or unintentional dissemination of discovery.

**DONE AND ORDERED** in Miami, Florida, this ___ day of July, 2026.

_____
MELISSA DAMIAN
UNITED STATES DISTRICT JUDGE

cc:     Counsel of record