UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-CR-60168-DAMIAN

UNITED STATES OF AMERICA

v.

DANIEL LOZANO,

Defendant.
_____/

### ORDER GRANTING UNOPPOSED MOTION FOR PROTECTIVE ORDER REGULATING DISCLOSURE OF DISCOVERY INFORMATION [ECF NO. 22]

THIS CAUSE came before the Court on the Motion by the United States for a Protective Order regulating disclosure of Discovery Information, filed July 10, 2026 [ECF No. 22] ("Motion").

THE COURT has considered the Motion and the pertinent portions of the record and is fully advised in the premises. The Court also notes that the Motion is unopposed. Finding good cause for the entry of a Protective Order, it is hereby

ORDERED and ADJUDGED as follows:

(1) The Motion [ECF No. 22] is GRANTED.

(2) The Government shall disclose to the Defendant sensitive information in its possession as it deems necessary to comply with its discovery obligations.

(3) The Government shall mark the portion of the discovery that includes sensitive information as "Confidential."

(4) Defense counsel shall hold the Confidential portion of discovery in strict confidence. Defense counsel shall restrict access to this discovery and shall disclose this discovery to the Defendant, to office staff, to investigators, and to anticipated

fact or expert witnesses only to the extent that defense counsel believes is necessary to assist in the defense of this case and in a manner that will prohibit the disclosure of this discovery to others not involved in the defense.

(5) Defense counsel shall advise any person to whom the Confidential portion of the discovery is disclosed that such information shall be held in strict confidence and that further disclosure or dissemination without defense counsel's express written consent is prohibited.

(6) Defense counsel shall not permit the defendant to maintain discovery materials at the Federal Detention Center or other jail facility without defense counsel present in order to prevent the purposeful or unintentional dissemination of discovery.

**DONE AND ORDERED** in chambers in the Southern District of Florida, this 12th day of July, 2026.

_____

**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc:     Counsel of record