UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  26-CR-60168-DAMIAN

UNITED STATES OF AMERICA,

     Plaintiff,

v.

DANIEL LOZANO,

     Defendant.

_____/

## ORDER REFERRING CASE TO
## MAGISTRATE JUDGE FOR CHANGE OF PLEA HEARING

**THIS CAUSE** came before the Court *sua sponte*. It is

**ORDERED AND ADJUDGED** that this matter is **REFERRED** to United States Magistrate Judge Jared M. Strauss for a change of plea hearing. The parties shall contact Judge Strauss's Chambers to schedule a change of plea hearing to be held.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 30th day of July, 2026.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc:    Counsel of record
       Magistrate Judge Jared Strauss