UNITED STATES DISTRICT COURT FOR SOUTHERN DISTRICT OF FLORIDA **COURT ORDER/MINUTES**

U.S. MAGISTRATE JUDGE JARED M. STRAUSS- FORT LAUDERDALE, FLORIDA (COURTROOM 110)

DEFT: **DANIEL LOZANO (J)#**          CASE NO: **26-60168-CR-DAMIAN**

AUSA: **COREY O'NEAL**          ATTY: **ROBERT MALOVE**

USPO:          VIOL:

**18:U.S.C. §2422 (B), 2252 (A)(2) and (B)(1)**

PROCEEDING: **CHANGE OF PLEA HEARING**          RECOMMENDED BOND:

BOND/PTD HEARING HELD - yes / no          COUNSEL APPOINTED:

BOND SET @:          To be cosigned by:

| | |
|---|---|
| ☐ All standard conditions | **DEFENDANT PRESENT IN COURT WITH COUNSEL** |
| ☐ Do not encumber property. | **SWORN/TEST. PARTIES CONSENT TO PROCEED BEFORE** |
| ☐ Surrender and / or do not obtain passports / travel documents. | **U.S. MAGISTRATE JUDGE STRAUSS FOR A CHANGE OF** |
| ☐ Rpt to PTS as directed / or x=s a week/month by phone; x=s a week/month in person. | **PLEA. FACTUAL PROFFER AND PLEA AGREEMENT FILED** |
| ☐ Random urine testing by Pretrial Services. Treatment as deemed necessary. | **SIGNED IN OPEN COURT. DEFENDANT PLEADS GUILTY** |
| ☐ Maintain or seek full - time employment. | **TO COUNTS 1 AND 2 OF THE INFORMATION FILED** |
| ☐ No contact with victims / witnesses. | **COURT TO ISSUE A REPORT AND RECOMMENDATION** |
| ☐ No firearms. | **ADJUDGING DEFENDANT GUILTY AS TO COUNTS 1 AND 2** |
| ☐ Electronic Monitoring: | **OF THE INFORMATION. PARTIES AGREED TO FILE IF** |
| ☐ Travel extended to: | **OBJECTIONS TO THE REPORT & RECOMMENDATION** |
| ☐ Other: **PLEASE REFER TO BOND FOR CONDITIONS** | **WITHIN 3 DAYS. DEFENDANT REMAINS IN CUSTODY** |

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| REPORT RE COUNSEL: | | | | |
| **PTD/BOND HEARING**: | | | | |
| **ARRAIGN OR PRELIM**: | | | | |
| **SENTENCING HRG** | ****WILL BE SET BY SEPARATE ORDER BY U.S. DISTRICT JUDGE DAMIAN **** | | | |

**08/12/26**   TIME: **10:00 AM**   FTL/TAPE/# JMS-          Begin   **110**

[35 MINUTES] RECORDED IN 110 DAR: 9:59:12-10:47:52