UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-CR-60168-DAMIAN

UNITED STATES OF AMERICA

vs.

DANIEL LOZANO,

Defendant.

FILED BY_____D.C.

AUG 1 2 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

_____/

## FACTUAL PROFFER

The United States of America and DANIEL LOZANO (the "Defendant" or "LOZANO") agree that, had this case gone to trial, the United States would have proven the following facts, among others, beyond a reasonable doubt:

1.     LOZANO first contacted MV1 in April 2022, on Snapchat when she was approximately 16 years old via her Snapchat Account. MV1 told LOZANO she was 18, but still in high school. MV1 continued to tell LOZANO she was in high school for most of their relationship, which lasted for approximately 3 years. LOZANO would send MV1 money online via her friend's Cash App account to avoid her parents finding out about the money. After a few transactions, MV1 switched to her own Venmo account where she received the money directly. LOZANO told MV1 that he was the CEO of a company in Florida.

2.     About six months into their online relationship, LOZANO began asking MV1 for photos and videos of her. The photo and video requests were sexual in nature asking for MV1 to be nude, posing in specific ways, or masturbating. MV1 would go along with these requests and would send everything through Snapchat, believing that if anything was recorded or screenshot, she would be notified based on the way Snapchat works. The videos were of MV as a minor, MV

turned 18 years old in April 2023.

3.      This relationship between LOZANO and MV1 continued until October 2024, when MV1 asked LOZANO to send her money which caused an argument in which LOZANO accused MV1 of only being with him for the money. The two did not talk again until approximately March 2, 2025. LOZANO contacted MV1 on Snapchat, asking for a four to five-minute video of her masturbating like one that she had sent before. LOZANO also sent a sexually explicit video of MV1 for her to reference, which she recognized as a video she had sent to LOZANO previously via Snapchat.

4.      MV1 did not send this last requested video. LOZANO responded by stating that he knew MV1 was 18 and that he had proof of it despite MV1 telling LOZANO she was 18 three years ago when they first started communicating. MV1 then blocked LOZANO's phone number and his account on Snapchat.

5.      On March 18, 2025, LOZANO contacted MV again, this time from a new phone number ending in "3712". The message read "Unblock me. And send me a naughty video saying you miss me."

### Snapchat Search Warrant

6.      On or about May 9, 2025, the Honorable Panayotta Augustin-Birch authorized a Snapchat warrant for both LOZANO and MV1's Snapchat accounts. *See* SDFL Case No. 25-mj-6305-PAB. The search warrant return provided their chats, saved and sent images and videos, and other subscriber information related to the accounts. LOZANO's account had multiple conversations containing images and videos which depicted child pornography, child erotica, and age difficult sexually explicit videos and images. Overall, there were approximately 30 accounts

LOZANO had contacted and either exchanged photos, provided payment, or the recipient was either a minor or age difficult female. Of those 30 accounts, six accounts, not including MV1's account, had images or videos of child pornography or child erotica and had an exchange of goods for the images or videos and were minors at the time of the chats. One additional account had LOZANO send child pornography to another person.

### MV2 and MV3

7.      LOZANO communicated with MV2 via Snapchat starting on September 20, 2024, and ending on December 5, 2024. The conversation begins with LOZANO asking MV2 for her PayPal account and then asking if he could spoil MV2. MV2 advised that LOZANO could spoil her. The end of the chat shows MV2 sending two videos to LOZANO. These videos are described below:

> a. Video 1: This video is approximately three seconds in duration and depicts two pubescent females standing nude facing away from the camera. The two pubescent females then bend over at the waist exposing their anuses, with that also being the focal point of the video. The two pubescent females look to be located in what appears to be a bedroom and after several seconds they turn around and expose their faces and breasts. Also within view of the camera are their vaginas. The minor victims (MV2 and MV3) appear to be pubescent based on their youthful facial features, lack of breast development and lack of pubic hair.

> b. Video 2: This video is approximately nine seconds in duration and depicts the same pubescent females standing facing the camera nude. They then turn around and bend over at the waist exposing their anuses, with that again being the focal point of the video. The minor victims (MV2 and MV3) appear to be pubescent based on their youthful facial features, lack of breast development and lack of pubic hair.

8.      MV2 and MV3 were confirmed to be minors at the time the video was taken. MV3 also advised that she knew MV2 was sending nude videos and images for money, but that she was not involved and was not paid for the ones she was included in.

### MV4

3

9.      LOZANO communicated with MV4 on Snapchat beginning October 7, 2024, ending on March 13, 2025. At LOZANO's request, MV4 sent approximately seven videos and eleven images to LOZANO. MV4 was confirmed to be 16 years old.

10.     October 7, 2024, MV4 provided LOZANO with her Venmo account link and then said she did not plan to use LOZANO for money and intended to get to know LOZANO as well. MV4 later responded "OMG YOURE THE BEST" followed later by "I've never had someone do that for me" and "You're actually my favorite person ever I wanna get to know you". LOZANO then responds to this message with "I can do a lot more baby 🖤 🖤 🖤 but I wanna see u." MV4 then sent a 16-second-long long video of a pubescent female laying on a bed with an unknown male sitting on top of her ejaculating on her face. MV4 appears to be pubescent based on her youthful facial features and lack of pubic hair.

11.     LOZANO also sent messages such as "Baby I wanna see you play with your pretty lil pussy", to which MV4 responded "I'll send that tomorrow" and "I don't have a long video of me doing it but I'll send it and also another vid of something else to make up from it 🫠."

12.     In the chat MV4 also sent the following videos and images to LOZANO of the same pubescent female.

   a.   A six second video of a pubescent female exposing her breasts.

   b.   A 17 second video of a pubescent female masturbating with a close up on her vagina.

   c.   A six second video of a pubescent female masturbating with a close up on her vagina.

   d.   A six second video of a pubescent female posing in a bra and underwear.

   e.   A one second video of a pubescent female exposing her breasts.

4

f.  An eight second video of a pubescent female laying down then moving the camera to focus on her vagina, where she then masturbates.

g.  Images of MV4 included:

i.Seven images of a pubescent female posing in a mirror either fully nude or topless.

ii.One of a close up of a pubescent female's vagina.

iii.One of a pubescent female posing topless.

## MV5

13.     LOZANO communicated with MV5 via Snapchat beginning January 9, 2025, and ending on February 3, 2025. MV5 sent approximately three images of child erotica.

14.     MV5 advised that she met LOZANO through TikTok and LOZANO offered to pay MV5 through Venmo or PayPal to talk. Their chat then transitioned to Snapchat and MV5 informed LOZANO that she was 16 years old. MV5 stated that LOZANO told her to reply by saying she was 18-year-old. MV5 continued to talk to LOZANO, and he sent her money periodically until he began requesting images of MV5 because he was sending her money.

15.     LOZANO sent MV5 a picture of his face and a few videos of him at work. In one video, LOZANO was driving a golf cart around. Law enforcement identified this video as a video LOZANO had sent to multiple people in other Snapchat conversations.

16.     MV5 sent other videos and images at LOZANO'S request, including videos of her masturbating while she was in the shower and in bed, photos of her exposing her breasts and buttocks area while at home and while at school, and images of her posing in underwear. MV5 reported LOZANO saved these images and videos to their chat, and one time to his camera roll on his phone, which LOZANO claimed to be an accident. MV5 was paid by LOZANO shortly after

sending the images and videos. The Snapchat conversation between LOZANO and MV5 revealed MV5 sent LOZANO video and images including an image of MV5 standing nude in the shower.

### MV6

17.     LOZANO communicated with MV6 via Snapchat beginning on January 9, 2025, ending on February 3, 2025.

18.     MV6 began the conversation in the Snapchat by sending the email address linked to a school district, followed by "My teacher told me to put my phone down."

19.     MV6 also sent her Cash App username followed by multiple pictures of a pubescent female posing fully clothed, in a bathing suit, and in a bra and underwear. After the images are sent MV6 then states "It's 8 o'clock at night for you when are you gonna send that money because you told me you would tonight?", followed by "SO this is how it is going to go. This is the second night that you've told me you'll send me money but you don't so when you see this I'm really expecting this money because you promised me it and I literally send you anything after I get this $50 or wtv money." LOZANO then responded with "Here you go 🐵." MV6 then sent a video of a female exposing her breasts.

20.     MV6 then sent approximately 13 links to clothing and other items on the internet followed by her address. MV6 then said "Buy everything I sent you and I promise I won't be shy and I will do everything you tell me to like a good girl." LOZANO sent online confirmations that he bought some of the items from the links sent by MV6. LOZANO later replies, "Can you start being a bad lil girl for me baby."

21.     The conversations continued with MV6 sending her grades from her classes in High School and explaining she was getting bad grades and needed to do her homework. LOZANO

6

responds with "Also I already got you over 100 dollars' worth of stuff I'm not buying anything else until I see you be a good girl baby. Make me want to spoil the hell out of you."

22. LOZANO then asked MV6 if she is a sophomore, which MV6 stated "Yeah but I'm older that most sophomores…I'll be 17 before most of them". According to the time stamps in Snapchat, one day after MV6 advised she was 17, LOZANO requested "I Just want to see a vid of you in a really loose shirt letting your boobs slip out. Maybe pushing them together and all that 😳 😶." Later that same day MV6 sent LOZANO an image of a female in a loose shirt in a pair of underwear posing in a bathroom mirror. MV6 also sent multiple images of a female in a bathing suit by a pool with the focus on the female's breasts.

23. MV6 then sent "SHEIN added a whole area for sex toys 👀." Followed by multiple images of the sex toy sections of Shein and specific sex toys. LOZANO then responds "😚 😚 😚 😚 start looking." LOZANO then sent more confirmations for things purchased from Shein, however none of the items were the sex toys mentioned.

24. MV6 then sent more items for LOZANO to purchase from Shein, to which he responded "Okay. I'm not going back and forth anymore. You know what I want now. If you don't want to do that then that's perfectly fine." ending the conversation.

## LOZANO Distributes Child Pornography

25. An unknown individual utilizing the Snapchat account "Sophiefonta7819" had exchanged communications with LOZANO beginning June 4, 2025, and ending June 5, 2025. ny.

26. In the communications, LOZANO first appears to send a seven second video of what appears to be a male rubbing their genital area, specifically his erect penis, through the outside of his pants. The user of Snapchat account Sophiefonta7819 replied with a bitmoji of a brown-

7

haired female looking surprised with the word "WAT" over it. LOZANO then sends a child pornography video approximately six seconds in duration of a prepubescent minor female nude on a bed. The prepubescent minor female is sitting on her knees and then moves forward opening her legs to move her vagina closer to the camera, which is then the focus of the video. Sophiefonta7819 responded with another bitmoji of the same brown-haired female smiling with a halo above her head and the caption of "NEE." According to open-source searches, "Nee" is a common, colloquial German word for "no," especially in Northern and Central Germany, similar to "nope" or "nah" in English.

### LOZANO's Residence and Execution of the Warrant

27.     On or about May 19, 2026, the Honorable Panayotta Augustin-Birch authorized a search warrant for LOZANO's apartment, 7900 Pasadena Boulevard, Apartment 111, Pembroke Pines, Florida, 33024 (*See* SDFL Case No. 26-mj-6271-PAB) and a second search warrant for the person of LOZANO (*See* SDFL Case No. 26-mj-6272-PAB), for technological devices where CSAM could be stored, distributed, and received. The search warrant was executed on or about May 20, 2026. Upon execution of the warrants LOZANO was interviewed, advised of his *Miranda Rights,* and waived his *Miranda Rights* in writing. LOZANO then provided passcodes for his cell phone located on his person, and his laptop, located in his residence. When asked about his social media accounts, LOZANO then invoked his right to an attorney and the interview concluded.

28.     A preliminary search of LOZANO's cellular telephone led to the discovery of CSAM being distributed and received through the Telegram application with another user with the display name "Wayne". In this individual conversation were multiple videos of CSAM including

pubescent and prepubescent minors participating in sexual acts. Included in these videos are the following:

a. Distributed by LOZANO on July 20, 2024, a 10 minute 51 second video of a prepubescent female digitally penetrating herself. The prepubescent female is small in stature, lacking pubic hair and breast development, and has youthful features.

b. Distributed by LOZANO on July 19, 2024, a 2 minute 31 second video of a prepubescent female digitally penetrating herself. She is prepubescent based on her youthful features and lack of breast development and lack of pubic hair. This is one of three videos of this prepubescent female.

c. Received by LOZANO on June 4, 2024, a 2 minute 43 second video of two prepubescent females' disrobing and exposing their genital areas. The two prepubescent females then simulate sexual acts with each other while remaining nude. The prepubescent females can both be described as very small in stature, youthful faces, and a lack of pubic hair and breast development.

d. Received by LOZANO on June 19, 2024, an 18 minute 25 second video of a prepubescent female placing a pubescent female in hand cuffs and then performing oral sex on the pubescent female. The video also shows the pubescent female inserting a sex toy into her vagina. The prepubescent female has youthful features, no breast development and no pubic hair. The pubescent female has youthful features, lack of pubic hair and is small in stature.

e. Received by LOZANO on June 24, 2024, a nine 9 minute 50 second video of a pubescent female being anally penetrated by an adult male. The pubescent female has a small stature, youthful face, and a lack of pubic hair.

29. In the Telegram application, in a chat with a user named "WAYNE," LOZANO explains to WAYNE how he told an unknown female how he wanted to spoil her and then asked for her Paypal. LOZANO then explained that the purpose of this was to obtain nude photographs from her. This is the same tactic seen in Snapchat that LOZANO used with multiple minor females.

30. In the same conversation on Telegram with WAYNE, LOZANO asks WAYNE on December 13, 2025, for "younger girl videos". WAYNE responded on December 19, 2025, with what appears to be a file containing both prepubescent and pubescent females appearing to be nude

and posing. Due to the phone being in airplane mode at the time of the review the videos were not opening and played fully through but showed thumbnail images of the videos.

The parties agree that these facts, which do not include all the facts known to the government and the defendant, are sufficient to prove beyond a reasonable doubt his guilt with respect to: Count 1, enticement of a minor to engage in criminal sexual activity, in violation of 18 U.S.C. § 2422(b), and Count 2 charges the defendant with distribution of visual depictions involving the sexual exploitation of minors, in violation of 18 U.S.C. § 2252(a)(2) and (b)(2).

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

DATE: 08/12/2026          BY: _____
                              COREY R. O'NEAL
                              ASSISTANT UNITED STATES ATTORNEY

DATE: August 12, 2026     BY: _____
                              ROBERT DAVID MALOVE
                              COUNSEL FOR THE DEFENDANT

DATE: 08-12-2026          BY: _____
                              DANIEL LOZANO
                              DEFENDANT

10