UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 26-cr-60168-MD

UNITED STATES OF AMERICA,

*Plaintiff*,

v.

DANIEL LOZANO,

*Defendant*.
_______________________________/

UNOPPOSED MOTION FOR CONTINUANCE

COMES NOW the Defendant, DANIEL LOZANO, by and through undersigned counsel and pursuant to Local Rule 7.6, respectfully moves the Court to continue the sentencing hearing scheduled for November 4, 2026 at 2:00 p.m. As good cause for granting a continuance, the Defendant states:

1. This cause is set for sentencing on November 4, 2026 at 2:00 p.m. Undersigned counsel needs additional time to prepare.

2. Dr. Michael Brannon, PsyD has been retained to evaluate the Defendant and testify on the Defendant's behalf at sentencing.

3. Due to prior commitments Dr. Brannon will not be able to complete his evaluation and report and be available to testify at sentencing on the Defendant's behalf on November 4, 2026.

4. Additionally, undersigned counsel's daughter is getting married out of town on Monday November 9, 2026. Counsel will not be available the week of November 9, 2026.

5. Counsel has conferred with Assistant United States Attorney Corey O'Neal, who has authorized counsel to inform the Court that he has no objection to the Court granting this motion.

6. WHEREFORE, the Defendant requests the Court continue the sentencing for a period of sixty (60) days.

Respectfully submitted,

The Law Office of
ROBERT DAVID MALOVE, P.A.
200 S.E. 9th Street
Fort Lauderdale, FL 33316
Telephone: (954) 861-0384
e-filing@robertmalovelaw.com

By: *<u>/s/ Robert David Malove</u>*
Robert David Malove
FL Bar No: 407283

<u>WAIVER OF SPEEDY TRIAL</u>

I HEREBY CERTIFY that I have advised the Defendant of his rights to a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161. The Defendant hereby waives his right to a speedy trial under the Act and consents to continuing the sentencing date. The Defendant understands the period of the continuance will be excluded from computations of time for the purposes of the Speedy Trial Act.

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that this document was electronically filed via the CM/ECF filing system on October 13, 2026, and all parties were effectively served thereby.

<u>CERTIFICATE OF CONFERENCE</u>

I HEREBY CERTIFY that I conferred with opposing counsel, AUSA Corey O'Neal, who expressed no objection to the relief requested in this motion

By: *<u>/s/ Robert David Malove</u>*
Robert David Malove
FL Bar No: 407283